LARRY Donnell Brooks )
_____ )
_____ )
_____ )
_____ )
_____ )

(Full Name of Plaintiff or Plaintiffs) )

vs )

Complete Warehouse + Distribution LLC )
John Arcuri, Mike Miller )
Ron Malwick, Rebecca Vurckovic )
Jim Hanson and Ronald Neumuth )

(Full Name of Defendant or Defendants) )

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2015 MAY 11 P 12: 05

JON W. SANFILIPPO
CLERK

15-C-0564

Case No. _____

(Supplied by Clerk)

## COMPLAINT

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?

☐ YES     ☒ NO

B. Have you begun other lawsuits in state or federal court?

☒ YES     ☐ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

   1. Parties to the previous lawsuit

   Plaintiff(s) _LARRY Brooks_____

   Defendant(s) _Complete Warehouse + Distribution LLC_____

   2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)
   _State of Wisconsin Equal Rights Division, Hearing Section, Milwaukee County_

3. Docket number _ERD NO. CR 200902227_

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   _Case was dismissed and was appealed to the LIRC and no longer pending_

5. Approximate date of filing lawsuit _June 23, 2009_

6. Approximate date of disposition _May 30, 2014_

## II. PARTIES

A. Your name (PLAINTIFF) _LARRY Brooks_

B. Your Address and Phone Number _3555 N. 12th street. Milwaukee, WI. 53206 (708) 860-0652_
   (If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) _Complete Warehouse AND Distribution, LLC_

D. Defendants address _2207 S. 114Th street West Allis, WI. 53227_

E. Additional DEFENDANTS (names and addresses) _John Arcuri, Mike Miller, Ron Malvick, Rebecca Vuckovic, Jim Hanson, Ronald Neumuth_

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Revised 05/2013

Begin statement of claim: November 2007, I began working for Complete Warehouse and Distribution LLC., as a Truck Driver. January 2008, Eugene (white) walks into Ron Molvick (Part owner and supervisor) office and address me saying "What's up my Nigger." I said to Eugene infront of Ron "I've told you for the last time don't call me that." Ron reply was come down Larry he's only joking. I didn't appreciate Eugene calling me Nigger NOR Ron's response so I stormed out. There were Three other whites in the room Dan, Todd and Greg. The very next day I approached Ron in his office on 33rd and Villard, I told Ron I didn't appreciate Eugene using the "N" word are the racial jokes that followed it's unwelcome, unwanted and I wish it be stop of call Ron racist for participating. Ron response to being call racist was "I got black grandchildren." A few days after the conversation with Ron, Todd while in Ron's present said "Obama looks like a monkey see how far his ears stick out put some hair on his face and feed him bananas" they agreed and began laughing. Nothing changed Eugene was still using the "N" word but they were becoming overt. Dan was talking to Ron about black warehouse worker from second shift, "That black motherfucker so damn lazy his mother should have killed him at birth, it's black lazy motherfucker like him is why we should bring back the hanging tree. I beleive I was traped, Ron part owner and my white co-workers were ganging up talking klan bike rally, displaying a gun and showing no respect for the first blackman who would be President. In conversations with me about the President "your Boy" or monkey." would come up. Early spring 2008, Dan was unloading my trailer, he had just took his motorcyle out for the summer. Dan said to me "your people" was looking hard at my bike when I stop for gas down the street, if they had done anything I would have so many of my white brother bikers down here you would think it's a klan rally on bikes. I continued complaint to Ron. If any one knew about any policy on race harassment he would. I wasn't aware a company handbook exist at this time. Ron Never imposed zero tolerance and race harassment toward me flourished along with Eugene usage of the "N" word. They began saying things

## STATEMENT OF CLAIM-Continued

like, why y'all wear y'all so low y'all show y'all ass, it's the same color as your face. We white folk we can tan, God left y'all in the oven longer than us. Black people are like raccoon you can only see their eyes at night. I was watching the news last night and I saw another one of your people bit the dust, that's why I can't move down here y'all be killing yourself. June 2008, I was setting in the truck completing daily paper work when Todd pulled up next me, he was leaving for the day when he began talking about his wife, she had left him, when Raul pull into the parking lot on 33rd and Villard, Raul had a white woman in the truck with him. Todd suddenly became aggressive reaching under his set and pull out a pistol he had covered by a cloth. Before Todd could unwrap his gun Raul pull next to me putting Todd in the middle of two semi-trucks. Raul spoke to both of us. Then said "hey Todd you scared of these" then exposed the young lady breast, began to laugh then drove off. As Raul pulled away Todd unveil his gun sprouting displeasure with the job, his life after separation from his family and people of color. I readjust my seat so Todd wouldn't have a clear view of me. I told Ron about this incident with Todd. Ron reply was "it's was probably his pellet gun he being it in sometimes to shoot pigeons in the warehouse." The more I complaint with Ron the more hostile they became. Obama was elected the first Black President and set to take the walk to the White house. Dan said to me "Can't let your people rent property when y'all move you got to repair or you got to evict them and repair. By the way "how did they let that spook in the white house." What y'all going to do now as paint the white house black. Dan said they should kill that son of a bitch just like they kill King and Malcolm X. Dan and I got into a very heated argument, so heated I feared for my safety as he drove away on the fork lift, Dan immediately told Ron. Ron ordered my white co-workers to stop talking to me. A few days after Dan and I argued. I approached Ron to discuss Rebecca Vuckovic and his decision in truck assignments. I believed it was racially motivated. In the meanwhile Eugene continue using the "N" word. Late January early February I began receiving harsh discipline for uninvestigated incidence while my

(2)

## STATEMENT OF CLAIM-Continued

white counter parts received no discipline for major infraction, February 3rd 2009, I met with then safety director Ronald Neumuth to discuss a accident I had on 1/29/09, in which I blew the Right Rear Trailer Tire. When I realized I knew him from my last Job, I received a three day suspension and a company handbook. Meanwhile white drivers were Ripping bumper from their trucks or Rolling trucks over and received no discipline what so ever. When I return from suspension I was removed from the truck and place in the warehouse part-time. While I work part time at West Allis Warehouse, I had a conversation with President Mike Miller. I told him about the disparity in discipline between white drivers and my self, and the fact I wasn't assign any truck to drive. Warehouse workers at Villard st. warehouse still wasn't talking to me by May 2009, while Eugene continued using "N" word. By this time I'm required to load the freight or have it pre-loaded the night before I could transport the freight. White drivers doing similar load were loaded by white warehouse workers. May 19, 2009, Ronald Neumuth rubber stamps the company policy again set pending me, this time citing improper per-trip. To add a white driver roll a truck and trailer over with a load because he didn't secure his load "Not properly secured load" but received no discipline. June 2, 2009 I informed Ronald Neumuth I was going to court June 3, 2009 for a ticket I received may 14, 2009, while on duty. Ronald Neumuth said let me know how you come out. June 3, 2009, Jim Hanson met me on the court house steps. Hanson said he was their to fight the ticket for a crack windshield. He plead no contest and paid the ticket. I met Hanson again as we left court. I ask that I be dispatch from my location as he called West Allis, he said ok. June 4, 2009, Hanson terminated me for unauthorize use of company equipment. I informed Hanson, Ron gave me authorizion to use the truck. I immediately took up my being terminated to Mike Miller. I explain to miller, Ron gave me authorizion. Mike miller replied "you don't tell me what to give my truck too "you are fired." June 3rd 2009, Hanson was on vacation. June 2nd I reported to the safety director where that equipment would be on June 3rd. June 2nd, I reported to the where that equipment (Dispatcher) would be and to dispatch me from that location from which she has done many time from my home and out of town. June 2nd I reported to Ron Malwick where that equipment would be on June 3rd and he never rescinded the usage.

## END STATEMENT OF CLAIM

Revised 05/2013

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Five years of loss wages, punitive and compensatory damages

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____9_____ day of ____May____, ____2015____.

LARRY Brooks

(Signature of Plaintiff(s))

Revised 05/2013