PP

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 OCT 24 P 12: 48
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF WISCONSIN

LARRY DONNELL BROOKS,

        Plaintiff,

                              Case No. 2015-cv-564

v.

COMPLETE WAREHOUSE & DISTRIBUTION LLC,
JOHN ARCURI, MIKE MILLER, RON MALVICK, REBECCA
VUCKOVIC, JIM HANSON and RON NEUMUTH,

        Defendants,

## PLAINTIFFS' RULE 54(A-C) MOTION FOR DEFAULT
## AND
## ALTERNATIVE RULE 55 MOTION FOR DEFAULT JUDGMENT

    NOW COME the Plaintiff above named, pro se, and respectfully move for default of Defendants' motion to extend due date for Plaintiff's response and Defendants' reply, Motion to Dismiss and Motion for Summary Judgment, pursuant to Fed. R. Civ. P. Rule 54(A-C) (Motion For Default)and, in alternative, Plaintiff respectfully move for default of Defendants' motion to extend due date for Plaintiff's response and Defendants' reply, Motion to Dismiss and Motion for Summary Judgment, pursuant to Fed. R. Civ. P. Rule 55 (b) (Motion For Default Judgment).

    These motions are supported by Plaintiff's Memorandum of Law, Plaintiff's Statement of Material Facts, and the documents attached thereto. Further, in compliance with L.R. 55(b)( c),the text of Fed. R. Civ. P.55 (b) and ( c) and Civil L.R. 7 are appended to this Motion.

                                                          Executed on October 21, 2016

Larry Donnell Brooks, Plaintiff
*Brooks Pro se*
3243 n. 13th street
Milwaukee, Wisconsin
53206
Telephone No. 708-860-0652