# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Larry Donnell Brooks,
*Plaintiff*
v.                                                                          Civil Action No.     15-cv-564-PP
Complete Warehouse & Distribution, LLC, et al,
*Defendants*

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($            ), which includes prejudgment interest at the rate of_____%, plus post judgment interest at the rate of_____% per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____recover costs from the plaintiff *(name)*_____ _____.

X other: this case is dismissed.


This action was *(check one)*:

❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____ without a jury and the above decision was reached.

**X** decided by Judge Pamela Pepper on the defendant's motion to dismiss filed on September 12, 2016.

Date:    January 13, 2017                                    *CLERK OF COURT*

                                                                    /s/Kristine G. Wrobel_____

                                                            *Signature of Clerk or Deputy Clerk*